THE STATE OF MONTANA, EX REL. KYSER CONSTRUC-
TION CO., INC., PETITIONER *v.* THE DISTRICT COURT
OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF MONTANA,
IN AND FOR THE COUNTY OF MISSOULA, AND THE HONOR-
ABLE EMMET GLORE, DISTRICT JUDGE, RESPONDENTS.

No. 11284.

Decided February 16, 1967.

PER CURIAM:

An alternative writ of mandate was issued in this original proceeding, returnable at 11:00 o'clock A.M. on February 14, 1967. On February 10, 1967, petitioner stipulated with the respondent court and judge that this cause could be dismissed for the reason that there had been a compromise effected between all parties concerned.

By reason thereof IT IS HEREBY ORDERED that the alternative writ of mandate be, and it is hereby, quashed and held for naught, and this proceeding is dismissed.